## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 2/21/2023 | $10,000.00 |
| Akorn Operating Company, LLC | 2/22/2023 | $25,000.00 |

TOTAL TRANSFERS - $35,000.00